UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILE
1999 SEP 14 AM 8 37
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

SIXTO NUÑEZ
    Plaintiff
vs.
                                          CIVIL NO. 98-2213 (JP)
CARIBBEAN INTERNATIONAL NEWS CORP., et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 19, 1999<br>**Docket:** #38<br>[X] Plffs      [] Defts<br>**Title:** Urgent Motion Requesting Leave to Conduct Further Discovery<br><br>Date: 9\|13\|99 | **DENIED.** The Court finds that Plaintiff has not presented sufficient reasons to continue discovery.<br><br>by: [signature]<br>JAIME PIERAS, JR.<br>U.S. Senior District Judge<br><br>Rec'd:      EOD:<br>By: no      # 41 |