UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 27 AM 9 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SIXTO NUÑEZ
    Plaintiff
vs.
CARIBBEAN INTERNATIONAL NEWS CORP., et al.,
    Defendants

CIVIL NO. 98-2213 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 13, 1999<br>**Docket:** #42<br>[ ] Plffs    [X] Defts<br>**Title:** Motion to Strike | **GRANTED.** Plaintiff filed a Motion for Summary Judgment after the deadline for dispositive motions in the instant case. The parties are bound by the deadlines set forth in the Initial Scheduling Conference Order, and cannot without requesting leave file an untimely dispositive motion. |
| Date: 9/22/99 | JAIME PIERAS, JR.<br>U.S. Senior District Judge |

Rec'd:    EOD:
**SEP 27 1999**
By    # 43