UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT -4 AM 9 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SIXTO NUÑEZ
    Plaintiff

vs.

CARIBBEAN INTERNATIONAL NEWS CORP., et al.,
    Defendants

CIVIL NO. 98-2213 (JP)

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 28, 1999<br>**Docket:** #46<br>[ ] **Plffs**    [X] **Defts**<br>**Title:** Motion Concerning Plaintiff's Opposition to Strike | **GRANTED.** The Court hereby vacates its previous order regarding Defendant's Motion to Strike and finds that Plaintiff's Motion for Summary Judgment was filed in a timely fashion. The Court re-affirms its Order stating that it will not consider Plaintiff's sur-reply (docket No. 37). The Court will consider Defendant's dispositive motions as responses to Plaintiff's Motion for Summary Judgment. |

Date: 9/29/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    # 47