IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SIXTO NUÑEZ<br><br>   Plaintiff<br><br>vs.<br><br>CARIBBEAN INTERNATIONAL NEWS<br>CORP., et al.<br><br>   Defendant | CIVIL NO. 98-2213 (JP) |

ENTERED ON DOCKET
10/5/99 PURSUANT
TO FRCP RULES 58 & 79a

J U D G M E N T

Pursuant to the Opinion and Order entered on this same date, the Court hereby **DISMISSES WITH PREJUDICE** Plaintiff's Causes of Action under the Federal Copyright and Trademark Laws and under the Puerto Rico Intellectual Property Laws.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 27th day of September, 1999.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)