IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**SIXTO NUÑEZ**
    Plaintiff

vs.

**CARIBBEAN INTERNATIONAL NEWS CORP.; EL VOCERO DE PUERTO RICO; ABC INSURANCE COMPANY; JOHN DOE; RICHARD ROE**
    Defendants

**CIVIL CASE NO: 98-2213 (JP)**

**COPYRIGHT INFRINGEMENT**
**PLAINTIFF DEMANDS TRIAL BY JURY**

---

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

COMES NOW Plaintiff, **SIXTO NUÑEZ**, through his undersigned attorney and hereby give notice that he appeals to United States Court of Appeals for the First Circuit from the **Opinion and Order** and **Judgment** that dismissed the present case, both issued on September 27th, 1999, and entered on docket on October 5th, 1999.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico this 13th day of October, 1999.

I CERTIFY: That a true and exact copy of this document was sent to **Juan R. Marchand Quintero, Esq.** and to **Francisco Ortiz Santini, Esq.**, to their address at P.O. Box 9024227, San Juan, Puerto Rico 00902-4227.

JOSE MANUEL URRUTIA VELEZ
USDC #211712
LA TORRE DE PLAZA LAS AMERICAS
525 F.D. ROOSEVELT AVE., SUITE 903
SAN JUAN, P.R. 00918-1198
Phone 753-1158 Fax 751-0771