IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SIXTO NUNEZ                          *

    Plaintiff                        *

        vs.                          *
                                          CIVIL NO. 98-2213 (JP)
CARIBBEAN INTERNATIONAL              *
NEWS CORP., ET AL.

                                     *

    Defendants                       *

_____     *


## ORDER

Taxation of costs is held in abeyance in this case pending the outcome of the appeal. Once the appeal is decided, the prevailing party shall move for the taxing of costs.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 5ᵗʰ day of November, 1999.

FRANCES RIOS DE MORAN
CLERK OF COURT


By: _____
              Deputy Clerk



